UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY JAMES WOODLEY, | ) |
| Plaintiff, | ) Case No. C09-1414-RSL-BAT |
| v. | ) |
| | ) **REPORT AND** |
| LABORERS INTERNATIONAL UNION OF | ) **RECOMMENDATION** |
| AMERICA, LOCAL 242, | ) |
| Defendants. | ) |

On October 7, 2009, plaintiff submitted a proposed Complaint and Motion to Proceed *In forma Pauperis* (IFP). Dkt. 1. On October 9, 2009, the Clerk advised plaintiff that his IFP application was deficient because plaintiff had not filed a written consent for payment of costs from any recovery as required by Local Rule CR 3(b)(2). Dkt. 3. The Clerk advised plaintiff that he had 30 days from the date of the order to correct this deficiency. Because plaintiff did not respond to the request to correct the deficiency, the Court ordered plaintiff to show cause by November 16, 2009 why the case should not be dismissed. Dkt. 3.

Although plaintiff is represented by counsel, he has failed to submit a filing fee or a completed application to proceed IFP and has failed to respond to the Court's show cause order. Accordingly, the Court recommends that plaintiff's complaint be **DISMISSED** without prejudice.

///

///

REPORT AND RECOMMENDATION – 1

A proposed Order accompanies this Report and Recommendation.

DATED this 17th day of November, 2009.

                                      /s/ Brian A. Tsuchida
                                      BRIAN A. TSUCHIDA
                                      United States Magistrate Judge

REPORT AND RECOMMENDATION – 2