UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY JAMES WOODLEY, <br> Plaintiff, <br> v. <br> LABORERS NATIONAL UNION OF AMERICA, LOCAL 242, <br> Defendant. | No. C09-1414RSL <br><br> ORDER VACATING ORDER OF DISMISSAL AND REOPENING AND REFERRING CASE |

This matter comes before the Court *sua sponte*. On December 18, 2009, the Court dismissed this case for plaintiff's failure to submit required paperwork with his *In forma Pauperis* ("IFP") application. Dkt. # 7. Due to clerical oversight, the Court did not know when it dismissed the case that this IFP deficiency was made moot by plaintiff's paying of the filing fee on December 2, 2009.

In light of this fact, the Order dismissing the case (Dkt. #7) is VACATED. The Clerk of the Court is directed to reopen this case. Plaintiff's complaint is referred back to Magistrate Judge Brian A. Tsuchida.

DATED this 4th day of January, 2010.

Robert S. Lasnik
United States District Judge

ORDER